IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DAVID DWAYNE CASSADY, | * |
| Plaintiff, | * |
| vs. | * |
| H. DWIGHT HAMRICK, Warden, | * CASE NO. 4:07-CV-188 (CDL) |
| Defendants. | * |
| | * |

ORDER ON REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 30, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 15th day of October, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE